

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Room 7270
Washington, DC 20530

Tel: 202.514.1923

March 13, 2023

**VIA CM/ECF**

Deborah S. Hunt, Clerk of Court
U.S. Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, OH 45202

RE:   *Doster v. Kendall*, Nos. 22-3497, 22-3702 (6th Cir.)
      Opinion issued November 29, 2022
      Petition for rehearing filed February 13, 2023

Dear Ms. Hunt:

I write to notify the Court of an additional development relevant to the government's rehearing petition. On March 10, the D.C. Circuit entered the attached order dismissing as moot two service members' appeals from the denial of preliminary injunctions against enforcing the military's COVID-19 vaccination requirement. *See* Order, *Navy SEAL 4 v. Austin*, No. 22-5114; *Creaghan v. Austin*, No. 22-5135 (D.C. Cir. Mar. 10, 2023), Ex. A. The court concluded that the Secretary of Defense's rescission of that requirement, and subsequent directives implementing the rescission, rendered the appeals moot. *Id.* at 2. The court accordingly dismissed the appeals, vacated the district court's rulings under *United States v. Munsingwear, Inc.*, 340 U.S. 36, 39 (1950), and remanded for further proceedings. *Id.* For the reasons discussed in the rehearing petition, that is the appropriate course here, as well.

Sincerely,

*/s/ Casen B. Ross*
Casen B. Ross
Counsel for the United States

cc:   Counsel of Record (via CM/ECF)

# Exhibit A

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 22-5114**                      **September Term, 2022**

1:22-cv-00688-CKK

**Filed On:** March 10, 2023

Navy Seal 1, et al.,

       Appellees

Navy Seal 4,

       Appellant

       v.

Lloyd J. Austin, III, in his official capacity as Secretary of the United States Department of Defense, et al.,

       Appellees

**No. 22-5135**

1:22-cv-00981-CKK

Mariella Creaghan, Captain,

       Appellant

       v.

Lloyd J. Austin, III, in his official capacity as the Secretary of the United States Department of Defense, et al.,

       Appellees

     **BEFORE:**     Henderson, Wilkins, and Katsas, Circuit Judges

## O R D E R

In light of the January 10, 2023 Memorandum issued by the Secretary of Defense rescinding the military's COVID-19 vaccination mandate for all service members, and the subsequent directives formally implementing the Secretary of Defense's rescission of the COVID-19 vaccination requirement, including but not limited

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-5114**                                                          **September Term, 2022**

to:

    the February 24, 2023 Memorandum issued by the Deputy Secretary of Defense,

    the February 24, 2023 Memorandum issued by the Secretary of the Air Force,

    the February 24, 2023 Memorandum issued by the Secretary of the Navy,

    the February 23, 2023 NAVADMIN 038-23 issued by the Chief of Naval Operations, and

    the January 30, 2023 Memorandum issued by the Under Secretary of Defense.

    It is **ORDERED**, on the court's own motion, that appellants' appeals of the denial of their preliminary injunctions in No. 22-5114 and No. 22-5135 be dismissed as moot. The district court's judgments denying the preliminary injunctions are vacated. *See United States v. Munsingwear, Inc.*, 340 U.S. 36, 39 (1950). These actions are remanded to the district court for further proceedings consistent with this order.

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R. App. P. 41(b); D.C. Cir. R. 41(a)(1).

<u>**Per Curiam**</u>

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                        BY:    /s/
                                      Michael C. McGrail
                                      Deputy Clerk