UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-3497, 22-3702**

Case Title: **Doster** vs. **Kendall**

List all clients you represent in this appeal:

**Hon. Frank Kendall III, as Secretary of the Air Force; Lt. Gen. Robert I. Miller, as Surgeon General of the Air Force; Lt. Gen. Marshall B. Webb, as Commander, Air Education and Training Command; Lt. Gen. Richard W. Scobee, as Commander, Air Force Reserve Command; Lt. Gen. James C. Slife, as Commander, Air Force Special Operations Command; United States of America**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Daniel Winik**    Signature: s/ **Daniel Winik**

Firm Name: **U.S. Department of Justice, Civil Division, Appellate Staff**

Business Address: **950 Pennsylvania Avenue NW**

City/State/Zip: **Washington, D.C. 20530**

Telephone Number (Area Code): **(202) 305-8849**

Email Address: **Daniel.L.Winik@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.