# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 17, 2023

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Aug 18, 2023
DEBORAH S. HUNT, Clerk

Re: Frank Kendall, Secretary of the Air Force, et al.
v. Hunter Doster, et al.
No. 23-154
(Your No. 22-3497, 22-3702)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 16, 2023 and placed on the docket August 17, 2023 as No. 23-154.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst